UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LMI US, LLC, | File No. 25-CV-00176 (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Mezcladoras Y Trailers de Mexico, S.A. de C.V., | |
| Defendant. | |

---

This matter is before the Court on Plaintiff LMI US, LLC's (LMI) Motion for a Preliminary Injunction. (Doc. No. 5.) The Court may issue a preliminary injunction only upon notice to the adverse party. Fed. R. Civ. P. 65(a)(1). On January 15, 2025, LMI moved for a preliminary injunction. The docket does not reflect that LMI has provided Defendant with oral or written notice of the pending motion in the three and a half months of its pendency. Moreover, in its status report to the Court, LMI indicated that the circumstances creating the need for emergency relief have passed. (Doc. No. 14 at 1.) Therefore, the Court denies the motion for preliminary injunctive relief without prejudice.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT Plaintiff LMI US, LLC's Motion for a Preliminary Injunction (Doc. No. 5) is DENIED without prejudice.

Dated: May 1, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1